```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL HUGHES et al.,

                Plaintiff,

-against-

REZA ZARRAB and TURKIYE HALK BANKASI A.S. *also known as* HALKBANK,

                Defendants.

1:23-cv-6481-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of the parties' Joint Pre-Conference Statement and Proposed Civil Case Management Plan [ECF No. 21] submitted in advance of the Initial Pretrial Conference scheduled for November 17, 2023.  In light of the forthcoming motion to dismiss of Defendant Türkiye Halk Bankasi A.Ş., the November 17 conference is adjourned *sine die*.

**SO ORDERED.**

Dated: New York, New York
       November 14, 2023

                                                  _____
                                                  MARY KAY VYSKOCIL
                                                  United States District Judge

1