IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DANIEL HUGHES, et al.,

                Plaintiffs,

      -against-

REZA ZARRAB and
TÜRKIYE HALK BANKASI A.Ş., a/k/a
"HALKBANK,"

                Defendants.

Civil Action No: 23-cv-6481 (MKV)

## [PROPOSED] ORDER

Having considered the United States's motion to intervene and motion for a stay filed in the above captioned matter and all oppositions and replies filed thereto, it is hereby:

**ORDERED** that the United States's motion to intervene pursuant to Rule 24 of the Federal Rules of Civil Procedure is **GRANTED**.

It is **FURTHER ORDERED** that the United States's motion for a stay of proceedings is **GRANTED** in part and **DENIED** in part. All proceedings in this litigation are **STAYED** pending resolution of defendants' criminal cases, with the exception of proceedings pertaining to defendant Halkbank's motion to dismiss. Any party may file a motion to lift the stay, for this Court's consideration, at any time after all motions to dismiss have been adjudicated.

Dated: _____          _____
                                                  Judge