```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DANIEL HUGHES, et al.,

                Plaintiff,           23 Civ. 6481 (MKV)

   - v. -

TURKIYE HALK BANKASI, A.S., et al.,

                Defendant.
-------------------------------------------------------------x

     WHEREAS, the United States of America (the "Government") has requested to intervene in the above-captioned case, pursuant to Rule 24 of the Federal Rules of Civil Procedure; and

     WHEREAS, the Government has requested the stay of all proceedings in this action until the conclusion of criminal proceedings against Turkiye Halk Bankasi, A.S. and Reza Zarrab, 15 Cr. 867 (RMB) (S.D.N.Y.) (the "Criminal Proceedings");

     WHEREAS, there is considerable overlap between this matter and the Criminal Proceedings; there is no prejudice to the parties from the requested stay; there is a strong public interest in preventing the civil discovery rules from being used to improperly obtain discovery in the criminal case; judicial economy is ensured from the requested stay; and

     WHEREAS, the Court having found that good cause exists allow the Government to intervene and for a stay of proceedings in this action during the pendency of those criminal proceedings;

     IT IS HEREBY ORDERED THAT:

     1.     The Government's motion to intervene is GRANTED.

     2.     The entire action shall be stayed until further Order of this Court.

2

The Clerk of Court is respectfully requested to terminate docket entry number 55.

SO ORDERED.

Dated: May 1, 2024
New York, New York

*Mary Kay Vyskocil*

HON. MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE