USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/10/2025

LAW OFFICES
WILLIAMS & CONNOLLY LLP®

680 MAINE AVENUE SW
WASHINGTON, DC 20024
(202) 434-5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

JAMES W. KIRKPATRICK
(202) 434-5417
jkirkpatrick@wc.com

February 7, 2025

Via ECF

Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: *Hughes, et al. v. Zarrab, et al.*, 23-cv-6481-MKV

Judge Vyskocil:

Pursuant to Local Civil Rule 1.4(b)(1), Defendant Türkiye Halk Bankası A.Ş. ("Halkbank") respectfully moves to withdraw the appearance of James Kirkpatrick and requests that Your Honor direct the Clerk of Court to terminate his appearance on this docket. As of February 8, 2025, I will no longer be employed by Williams & Connolly LLP. Remaining counsel of record from Williams & Connolly LLP will continue to represent Halkbank.

Respectfully,

/s/

James W. Kirkpatrick

**GRANTED.**

**The Clerk of Court is respectfully requested to terminate the motion pending at docket entry 62.**

**SO ORDERED.**

Date: 2/10/2025
New York, New York

Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge